BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, INC., et al., Plaintiffs-Respondents, v PHILIP MORRIS USA INCORPORATED, et al., Defendants-Appellants, et al., Defendants.

Submitted August 9, 2004; decided August 31, 2004

Motion by Pharmaceutical Research and Manufacturers of America for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

TANYA BONNETTE, Appellant, v LONG ISLAND COLLEGE HOSPITAL et al., Respondents, et al., Defendants.

Submitted July 12, 2004; decided August 31, 2004

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

CAPITOL RECORDS, INC., Appellant, v NAXOS OF AMERICA, INC., Respondent.

Submitted August 4, 2004; decided August 31, 2004

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.